IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01299-REB-BNB

AMANUEL GESSESE,

Plaintiff,

v.

DIAMOND SHAMROCK,
ULTRAMAR DIAMOND SHAMROCK,
VALERO RETAIL HOLDINGS, INC., and
VALERO ENERGY CORPORATION,

Defendants.

_____

**ORDER**
_____

This matter arises on a letter filed by the plaintiff [Doc. #7, filed 07/21/2009] (the "Letter") wherein he requests that the "case be stayed until mediation can be completed." The plaintiff states that he has obtained the services of counsel to assist him with the mediation and that the mediation is currently being scheduled. The Letter was filed nearly two months ago, and the plaintiff has not updated the court of the status of the anticipated mediation. Ordinarily, however, cases proceed simultaneously with pretrial proceedings and settlement efforts. Accordingly,

IT IS ORDERED that the plaintiff's request to stay the case is DENIED.

IT IS FURTHER ORDERED that on or before **October 1, 2009**, the plaintiff shall file with the court proof of service on all defendants.

Dated September 9, 2009.

                                                    BY THE COURT:

                                                     s/ Boyd N. Boland
                                                    United States Magistrate Judge